SIDNEY PELTYN, Appellant, v. GLORIA PALAST CORPORATION, Respondent.— Action to recover damages for personal injuries sustained by the plaintiff, when shot by one of defendant's guests, in defendant's restaurant, where plaintiff was employed by one Kardos as a musician. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MARION H. SEIXAS, Respondent, v. JOHN C. HEGEMAN and JOHN WILLSON HARRIS, Appellants.—Action by the assignee of a bondholder upon a guaranty of a bond issue which bond issue is also secured by a trust mortgage on a leasehold. Order granting plaintiff's motion for summary judgment and the judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ. [158 Misc. 560.]

JACOB L. DOLMATCH, Respondent, v. EDWARD B. BRADLEY, Individually and as Executor, etc., of FRANCES A. COLE, Deceased, and Others, Appellants.— The plaintiff, a stranger to Frances A. Cole, the deceased, sues her executor and heirs at law and next of kin for the specific performance of an agreement by which the deceased is alleged to have agreed to devise and bequeath to him all her property which she should own at the time of her death. Order granting, upon reargument, plaintiff's motion to strike out the defense contained in the amended answers of defendants and denying said defendants' cross-motions to compel plaintiff to reply thereto, unanimously reversed, with twenty dollars costs and disbursements, the plaintiff's motion denied, and the cross-motions of the defendants granted. Plaintiff to reply within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of ALICE MARSLAND, Respondent, v. JOSEPH COLLERAN, Appellant.— Judgment convicting defendant of violation of subdivision 5 of section 70 of chapter 54 of the Laws of 1929 * (driving a motor vehicle while intoxicated) unanimously affirmed No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SHERMAN and JACK PASTA, Appellants.— Judgment convicting defendants of the crime of petit larceny, and the order denying their motion for a new trial upon the ground of newly-discovered evidence unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOHN W. COLLOPY, JR., Respondent, v. JOHN T. NORTON, Appellant.—Action by an attorney for breach of contract by defendant, an attorney, to share the fees received by the latter from certain property owners whom he represented in the Court of Claims. Judgment and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

---

* Vehicle and Traffic Law, as amd.— [REP.